IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRENCE N. GILLILAND, <br> DENISE M. GILLILAND, and <br> LUIS S. GALLEGOS, <br><br>  Plaintiffs, <br><br> v. <br><br> HARLEY-DAVIDSON MOTORCYCLE CO., <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:11CV11 <br><br><br> ORDER TO AMEND <br> CASE CAPTION |

    This case is assigned to the magistrate judge for full pretrial supervision. In its answer (Doc. 5), the defendant advised that its proper name is "Harley-Davidson Motor Company Group, LLC." The parties subsequently agreed in their Rule 26(f) planning report (Doc. 12 at p. 23) that the case caption should be amended, "as Harley-Davidson Motorcycle Co. is not an actual entity; rather, the proper name of the defendant, based on the allegations made by plaintiffs in their complaint, is Harley-Davidson Motor Company Group, LLC."

    **IT IS ORDERED** that the Clerk shall amend the records of the court and the caption of this case to reflect that the defendant is "Harley-Davidson Motor Company Group, LLC," rather than "Harley-Davidson Motorcycle Co."

    **DATED March 17, 2011.**

                                                     **BY THE COURT:**

                                                     s/ F.A. Gossett, III
                                                     **United States Magistrate Judge**