IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRENCE N. GILLILAND, DENISE M. GILLILAND, and LUIS S. GALLEGOS, | ) ) ) ) | CASE NO. 8:11CV11 |
| Plaintiffs, | ) ) | AMENDED ORDER AND |
| vs. | ) ) | FINAL JUDGMENT |
| HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the unopposed Motion to Dismiss Without Prejudice (Filing No. 34) filed by Plaintiffs Terrence N. Gilliland, Denise M. Gilliland, and Luis S. Gallegos. Under Federal Rule of Civil Procedure 41(a)(2), the Court finds the motion should be granted and the action should be dismissed without prejudice. The parties will bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Dismiss (Filing No. 34) is granted;

2. This case is dismissed without prejudice; and

3. The parties will bear their own costs and attorney fees.

DATED this 4th day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge